IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| QUAN M. LACY,<br>TDCJ No. 2233501,<br><br>　　　　Petitioner,<br><br>v.<br><br>J. SMITH,<br><br>　　　　Respondent. | § § § § § § § § § § § § | Civil Action No. 7:21-cv-068-O-BP |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

This is a habeas action brought pursuant to 28 U.S.C. § 2254 in which Petitioner challenges two 2018 state convictions involving crimes of arson and claims to have been denied "diligent participation credits." The United States Magistrate Judge entered his Findings, Conclusions, and Recommendation in which he recommends that the petition be dismissed as barred by the statute of limitations and, in part, for lack of jurisdiction. *See* ECF No. 15. Petitioner did not file objections.

The District Court reviewed the Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for dismissal set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

For the foregoing reasons, the petition for writ of habeas corpus is **DISMISSED** with prejudice.

**SO ORDERED** this **24th day** of **March, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE